**No. 60491.**—Glensder Textile Corp. et al. *v.* United States, protests 256917–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 60492.**—Herzman Scarfs, Inc., et al. *v.* United States, protests 269950–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 60493.**—Arkwright Accessories, Inc., and V. T. Mancusi et al. *v.* United States, protests 271231–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 60494.**—Miss Pat Fashions, Inc., and Mohegan International Corp. et al. *v.* United States, protests 272018–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to

those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 60495.**—Ch. Chraime et al. *v.* United States, protests 301897–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.

**No. 60496.**—Cavaliero & Company *v.* United States, protest 275877–K (New York).

Opinion by FORD, J. An examination of the official papers disclosing no reason for disturbing the presumptively correct classification of the merchandise made by the collector, the protest was overruled.

FEBRUARY 8, 1957

**No. 60497.**—Nixon Nitration Works *v.* United States, protest 230144–K.— Plaintiff's application for rehearing granted.

FEBRUARY 14, 1957

**No. 60498.**—SUIT 4858.—H. J. Heinz Company *v.* United States.— —A. R. D. 61 reversed and remanded to trial court June 20, 1956. C. A. D. 619.

**No. 60499.**—SUIT 4895.—United States *v.* Jovita Perez et al.— —Abstract 60033 affirmed January 9, 1957. C. A. D. 633.

BEFORE THE FIRST DIVISION, FEBRUARY 20, 1957

**No. 60500.**—M. Pressner & Co. *v.* United States, protest 268062–K (New York).